...

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022
United States

Stefan Atkinson, P.C.
To Call Writer Directly:
+1 212 446 4803
stefan.atkinson@kirkland.com

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

October 17, 2019

**VIA CM/ECF**

The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re:   *In re Application of Hansainvest Hanseatische Investment GmbH, et al.*,
No. 18 Misc. 310 (S.D.N.Y.)

Judge Carter:

I write on behalf of J.C. Flowers & Co. LLC ("J.C. Flowers") in response to Applicants' October 11 Letter Motion [Dkt. #68]. Upon further consideration, J.C. Flowers does not oppose Applicants' request to lift the stay in place in this matter.

Respectfully,

*/s/ Stefan Atkinson*
Stefan Atkinson, P.C.

cc:   All Counsel of Record (via ECF)