**Schulte Roth&Zabel** LLP

919 Third Avenue
New York, NY 10022
212.756.2000
212.593.5955 fax

www.srz.com

Writer's Direct Number
212.756.2471

Writer's E-mail Address
Michael.Swartz@srz.com

October 18, 2019

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

      Re:    *In re Application of Hansainvest Hanseatische Investment GmbH, et al.*,
              **No. 18 Misc. 310 (S.D.N.Y.)**

Dear Judge Carter:

      I write on behalf of Cerberus Capital Management, L.P. ("Cerberus") in response to Applicants' October 11 Letter Motion [Dkt. #68] to advise the Court that Cerberus does not oppose Applicants' request to lift the stay in place in this matter.

      Respectfully Submitted,

      /s/ Michael E. Swartz    ,

      Michael E. Swartz

cc:    All Counsel of Record (*by ECF*)