USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/5/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re Application of

**HANSAINVEST HANSEATISCHE
INVESTMENT-GmbH ET AL**

**18-MC-310 (ALC)**

Petitioner for an Order Pursuant to 28 U.S.C. § 1782
Granting Leave to Obtain Discovery for Use in a Foreign
Proceeding

**ORDER**

-------------------------------------------------------------------x

**ANDREW L. CARTER, JR., District Judge:**

The Parties are hereby **ORDERED** to submit a joint status report to the Court on or before October 26, 2020.

**SO ORDERED.**

Dated:   **October 5, 2020**
         **New York, New York**

*[signature]*

**HON. ANDREW L. CARTER, JR.**
**United States District Judge**